W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John (Trey) Pictum, Esq.
Nevada Bar No. 15979
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
Telephone: (702) 257-1483
Email: wwa@h2law.com
Email: jwf@h2law.com
Email: jjp@h2law.com

*Attorneys for Plaintiff*
*Prime Corporate Services, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PRIME CORPORATE SERVICES, LLC, a Utah limited liability company,<br><br>        Plaintiff,<br><br>vs.<br><br>BUSINESS CREDIT CONSULTING, INC., a Nevada corporation; FRED SEYMOUR, an individual; CATHERINE FERRUGIA, an individual; and DANIEL WILLIAMS, an individual,<br><br>        Defendants. | Case No. 2:25-cv-00198-GMN-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO DISMISS ACTION WITH PREJUDICE** |

1

4918-0402-8266, v. 1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Prime Corporate Services, LLC ("Prime" or "Plaintiff") on the one hand, and Defendants Business Credit Consulting, Inc.("BCC"), Fred Seymour ("Mr. Seymour"), Catherine Ferrugia ("Ms. Ferrugia"), and Daniel Williams ("Mr. Williams") (BCC, Mr. Seymour, Ms. Ferrugia, and Mr. Williams together, the "Defendants"), on the other hand, hereby agree and stipulate to dismiss this civil action, in its entirety, with prejudice, and without an award of attorneys' fees or costs made to any party.

IT IS SO AGREED AND STIPULATED:

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
W. West Allen, Esq.
Nevada Bar No. 5566
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
John (Trey) Pictum, Esq.
Nevada Bar No. 15979
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169

*Attorneys for Plaintiff*
*Prime Corporate Services, LLC*

HOGAN HULET, PLLC

By: /s/ Kenneth E. Hogan
Kenneth E. Hogan, Esq.
Nevada Bar No. 10083
10105 W. Gowan Rd., Suite 260
Las Vegas, Nevada 89129

*Attorneys for Defendants*
*Business Credit Consulting, Inc.*
*Fred Seymour,*
*Catherine Ferrugia, and*
*Daniel Williams*

**ORDER**

IT IS SO ORDERED.

The Clerk of Court is kindly directed to close this case.

Dated this __22__ day of September, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

4918-0402-8266, v. 1